# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-1547
L.T. Case No. 59-2026-SC-4477

———————————————

ELAHE KHORASANI,

    Appellant,

    v.

TWISTED ROAD, LLC,

    Appellee.

———————————————

On appeal from the County Court for Seminole County.
Sylvia Anne Grunor, Judge.

Elahe Khorasani, Daytona Beach, pro se.

No Appearance for Appellee.

August 13, 2026

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____